**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| KRISTEN M. HOUMIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| OWEN COUNTY & HANNAH ENGLAND, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendant, Owen County, by counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, file its notice that this case has been removed from the Owen County Circuit Court, Cause Number 60C02-2601-CT-000012, to the United States District Court for the Southern District of Indiana, Indianapolis Division.[1] In support of this notice, Defendant states:

1.      On January 12, 2026, Plaintiff filed a Complaint in the Owen County Circuit Court against Defendants Owen County and Hannah England which alleges several 42 U.S.C. §1983 civil rights violations under the Fourteenth Amendment and the Sixth Amendment. *See* Exhibit 1.

2.      This Court has original jurisdiction over civil actions arising under the Constitution and laws of the United States. 28 U.S.C. § 1331.  A defendant may remove a civil action brought in state court when this Court has original jurisdiction

---

[1] Plaintiff has filed two related lawsuits involving the same claims that is pending the Court's screening process and may warrant consolidation at a later time. *See Dennison v. Owen County, et. al.,* No. 2:25-CV-00383-JRS-MKK (S.D. Ind. 2025) and *Dennison v. Owen County, et. al.,* No. 2:26-CV-00052-MPB-MKK.

over this action. *See* 28 U.S.C. § 1441(a). Indeed, federal law grants Defendant the option of removing an entire action when this Court has original and supplementary jurisdiction over the action. *See* 28 U.S.C.A. § 1441(c); 28 U.S.C. § 1367. Thus, Defendant may remove this civil action because Plaintiffs' federal claims arise under the Constitution and laws of the United States and their state laws claims necessarily proceed under supplemental jurisdiction.

6.      This notice of removal is timely because Defendant filed it within 30 days of its receipt of the Plaintiffs' Complaint along with copies of all process, pleadings, and orders served upon the parties pursuant to 28 U.S.C. § 1446(b). *See* Exhibit 1.

7.      There are currently no pending motions.

8.      Consistent with 28 U.S.C. §1446, Defendant obtained explicit consent to the removal of this action from Owen County Circuit Court to the United States District Court for the Southern District of Indiana from co-defendant Hannah England. Thus, all Defendants sued in this action consent to removal.

WHEREFORE, Defendant Owen County, by counsel, hereby removes this civil action from the Owen County Circuit Court, Cause Number 60C02-2601-CT-000012 to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

FBT GIBBONS LLP

By  */s/ Alyson Reed*

2

Anthony W. Overholt, #16481-49
Alyson Reed, #38321-49
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
areed@fbtgibbons.com

*Attorneys for Defendant Owen County*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, a copy of the foregoing was served

upon the following parties via U.S. Mail, post pre-paid.

Kristen M. Houmis
2709 Patricksburg Road
Spencer, IN 47460
kristenhoumis79@gmail.com

*Pro Se Plaintiff*

/s/ Alyson Reed

0159725.0799604   4914-8918-0042v1

3